# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00040-FDW-DSC

| | |
|---|---|
| IVORY MEDINA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NUVEEN FINANCE LLC et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Ha Vice and Affidavit[s] [for Heather Kriz and Mary M. Lenahan]" (documents ## 6 and 7) filed April 11, 2019. For the reasons set forth therein, the Motions will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: April 11, 2019

David S. Cayer
United States Magistrate Judge